No. 03–5258. SHAW v. LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–5259. SANDOVAL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–5260. WILLIAMS v. MCGRATH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–5261. TIAN v. CHINA HEALTHWAYS, INC. C. A. 9th Cir. Certiorari denied.

No. 03–5262. ALVARENGA-SILVA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–5263. ZIMMERMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–5264. URBINA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5265. THOMAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5266. WALKER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–5267. MOTEN v. HINKLE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 03–5268. ALEXANDER v. COOK, ASSISTANT WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–5269. BRENNAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–5270. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–5271. ESKRIDGE v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–5272. PAYNE v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.